# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JULIA M. KLCO  
6440 TAHAWASH ST.  
COCHITI LAKE, NM  87083

SSN-xxx-xx-7553

Case Number: 07-71653

Case filed on: 7/11/2007  
Plan Confirmed on: 5/2/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $16,907.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 4,100.67 | 4,100.67 | 2,673.17 | 0.00 |
|  | Total Legal | 4,100.67 | 4,100.67 | 2,673.17 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INTERNAL REVENUE SERVICE GOP 38 | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | US TREASURY - IRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | TDM TSYS TOTAL DEBT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 31,933.28 | 31,933.28 | 798.73 | 0.00 |
| 005 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 2,002.01 | 2,002.01 | 55.67 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | JOHN S KLCO | 22,862.00 | 0.00 | 0.00 | 0.00 |
| 041 | JOHN S KLCO | 2,754.73 | 2,754.73 | 76.60 | 0.00 |
|  | Total Priority | 59,552.02 | 36,690.02 | 931.00 | 0.00 |
| 999 | JULIA M. KLCO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BYRON BANK | 174,840.59 | 0.00 | 0.00 | 0.00 |
| 002 | CITIZENS BANK | 16,529.54 | 15,000.00 | 3,279.53 | 1,886.78 |
| 003 | INTERNAL REVENUE SERVICE | 12,145.55 | 12,145.55 | 3,438.69 | 2,448.22 |
| 004 | DEERE CREDIT SERVICES | 1,232.56 | 1,232.56 | 850.59 | 118.09 |
| 036 | LAN RICHART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 204,748.24 | 28,378.11 | 7,568.81 | 4,453.09 |
| 002 | CITIZENS BANK | 0.00 | 1,529.54 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 6,353.33 | 6,353.33 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 87.40 | 87.40 | 0.00 | 0.00 |
| 015 | AMERICAN EXPRESS BANK FSB | 835.41 | 835.41 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 11,428.20 | 11,428.20 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CAPITAL ONE BANK (USA) NA | 10,790.93 | 10,790.93 | 0.00 | 0.00 |
| 019 | CAPITAL ONE BANK (USA) NA | 6,213.40 | 6,213.40 | 0.00 | 0.00 |
| 021 | B-REAL LLC | 21,570.30 | 21,570.30 | 0.00 | 0.00 |
| 022 | CHOICE VISA/CITIBANK | 15,294.45 | 15,294.45 | 0.00 | 0.00 |
| 023 | CITIFINANCIAL | 12,642.08 | 12,642.08 | 0.00 | 0.00 |
| 024 | CORUS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HERITAGE PROFESSIONAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 805.53 | 805.53 | 0.00 | 0.00 |
| 027 | JOHN S KLCO | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 028 | JUDITH BERTLING | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CREDITORS BANKRUPTCY SERVICE | 587.40 | 587.40 | 0.00 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 667.36 | 667.36 | 0.00 | 0.00 |
| 031 | OAK BROOK SURGICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PAIN CARE SPECIALIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | RS MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | US DEPARTMENT OF EDUCATION | 6,916.12 | 6,916.12 | 0.00 | 0.00 |
| 035 | WILLIAMS & MCCARTHY | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | JOHN KLCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ILLINOIS STUDENT ASSISTANCE COMM | 94,326.27 | 94,326.27 | 0.00 | 0.00 |
| 040 | UNITED GUARANTY COMMERCIAL INS CO OF NC | 8,407.53 | 8,407.53 | 0.00 | 0.00 |
| 042 | AMERICAN EXPRESS CENTURION BANK | 17,428.00 | 17,428.00 | 0.00 | 0.00 |
| 043 | KENNETH M. HAMADA, D.D.S., PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 217,853.71 | 219,383.25 | 0.00 | 0.00 |
|  | Grand Total: | 486,254.64 | 288,552.05 | 11,172.98 | 4,453.09 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $15,626.07 |
| Trustee Allowance: | $1,280.93 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  _/s/Heather M. Fagan_